UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JODI LYNN FOSTER WALKER,

    Plaintiff,

vs.

THE NORTHERN TRUST COMPANY, TRUSTEE; PHYLLIS L. FOSTER, LAWRENCE T. FOSTER, ROBERT C. FOSTER, HENRY T. MATHER, JR. INDIVIDUALLY AND as MEMBERS OF THE ADVISORY COMMITTEE OF THE JAMES R. FOSTER TRUST FOB JODI LYNN FOSTER dated DECEMBER 26, 1978 and JAMES R. FOSTER,

    Defendants.

CIVIL NO. 1:06-cv-04901 (CPK)

Judge Charles B. Kocoras

Magistrate Judge Arlander Keys

## PLAINTIFF'S MOTION FOR JUDGMENT UNDER RULE 54(b) MOTION AS TO DEFENDANTS ROBERT C. FOSTER AND JAMES R. FOSTER

Plaintiff, Jodi Lynn Foster Walker respectfully moves this Court for an order pursuant to 28 U.S.C. § 54(b). The reasons for this motion are set forth in the accompanying Memorandum of Law.

Dated: February 4, 2008

Plaintiff Jodi Lynn Foster Walker

By:   /s/ I. Jay Katz
JAY KATZ LL.M. TAXATION, LLC
I. JAY KATZ
1300 North Market Street, Suite 303
Wilmington, DE 19801
(302)656-2100
profjayk@aol.com

*Attorney for Plaintiff Jodi Lynn Foster Walker*

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on February 4, 2008, the foregoing Plaintiff's Motion For Judgment Under Rule 54(b) As To Defendants Robert C. Foster And James R. Foster was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the parties listed below.

| | |
|---|---|
| Scott A. Bieber | sbieber@schiffhardin.com |
| David C. Blickenstaff | dblickenstaff@schiffhardin.com |
| Jeremy S. Goldkind | goldkind@wildmanharrold.com |
| Lawrence Harris Heftman | lheftman@schiffhardin.com |
| Stacey L. Smiricky | smiricky@wildmanharrold.com |
| Craig M. White | white@wildmanharrold.com |
| John C. deMoulpied | demoulpied@sw.com |

By: \s\ I. Jay Katz
I. Jay Katz, One of the Attorneys
for Plaintiff